IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
(BOWLING GREEN DIVISION)

RONNIE RHODES                                                     PLAINTIFF

                                                        Case No. 1:16-cv-00014-GNS

v.

EQUIFAX INFORMATION
SERVICES, LLC                                                DEFENDANT

\* \* \* \* \*

**AGREED ORDER OF DISMISSAL**

Upon agreement of the Plaintiff, Ronnie Rhodes, and the Defendant, Equifax Information Services, LLC, each by counsel, and the Court being otherwise sufficiently advised;

IT IS HEREBY ORDERED that Plaintiff's claims asserted in this litigation against Equifax Information Services, LLC are hereby DISMISSED WITH PREJUDICE as settled, each party to bear its own attorneys' fees and costs.

                                                         **Greg N. Stivers, Judge**
                                                         **United States District Court**

                                                                    June 16, 2016